UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICK E. COE,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C07-5381RBL-JKA<br><br><br>ORDER FOR EXTENSION OF TIME |

Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant shall have an extension to and including January 24, 2008, to file Defendant's answering brief. It is further ORDERED that Plaintiff shall have to and including February 14, 2008, to file Plaintiff's Reply Brief.

DATED this 21st day of December, 2007.

*/s/ J. Kelley Arnold*

Page 1        ORDER- [3:07-CV-5381-RBL-JKA]

1 UNITED STATES MAGISTRATE JUDGE

2

3 Presented by:

4

5 s/ FRANCO L. BECIA   WSB # 26823
Special Assistant U.S. Attorney
6 Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
7 Seattle, Washington 98104-7075
Telephone:  (206) 615-2114
8 FAX:  (206) 615-2531
9 franco.l.becia@ssa.gov

28 Page 2         ORDER- [3:07-CV-5381-RBL-JKA]