UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICK E. COE,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Civil No.  C07-5381RBL-JKA<br><br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties it is hereby ORDERED that the above- captioned case, pursuant to sentence four of 42 U.S.C. § 405(g), is affirmed as to the award of a closed period of disability from September 4, 2001, through August 15, 2003, and reversed and remanded for a de novo hearing to further evaluate the record and apply the 8-step sequential evaluation in determining medical improvement for the period following the closed period of disability, and including the following actions:

Page 1      ORDER - [C07-5381RBL-JKA]

- The ALJ will conduct a new hearing, further develop the record and issue a new decision;
- The ALJ will apply the eight step sequential evaluation process applicable to cessation of benefits cases pursuant to 20 C.F.R. § 404.1594;
- The ALJ will reevaluate and further develop all the medical evidence or record;
- The ALJ will reevaluate step two of the sequential evaluation process, including but not limited to Plaintiff's mental limitations;
- The ALJ will evaluate the lay witness statements within the record from Mark Frost;
- The ALJ will reevaluate Plaintiff's credibility;
- The ALJ will reevaluate Plaintiff's RFC;
- The ALJ will reevaluate steps four and step five of the sequential evaluation process with the assistance of a vocational expert, as necessary; and
- The ALJ will, if still pending, consolidate the subsequently filed title XVI application and issue the new decision based on the consolidated claims.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d)

///

///

///

Page 2      ORDER - [C07-5381RBL-JKA]

DATED this 28th day of January, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Presented by:
s/ Franco L. Becia   WSB # 26823
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2114
Fax: (206)615-2531
franco.l.becia@ssa.gov

Page 3      ORDER - [C07-5381RBL-JKA]