# United States District Court

WESTERN DISTRICT OF WASHINGTON

PATRICK E. COE

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5381RBL/JKA

\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the above captioned case, pursuant to sentence four of 42 U.S.C. § 405(g), is affirmed as to the award of a closed period of disability from September 4, 2001, through August 15, 2003, and reversed and remanded for a de novo hearing. Upon remand, the Commissioner shall comply with the specific instructions set forth in this Court's Order of **1/28/08**. Plaintiff is entitled to reasonable attorneys fees and cost, pursuant to 28 U.S.C. §2412(d), upon proper request to this Court.

| | |
|---|---|
|   January 29, 2008 |     BRUCE RIFKIN |
| Date | Clerk |
| | |
| |    *s/Caroline M. Gonzalez* |
| | Deputy Clerk |