United States District Judge RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICK E. COE,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br><br>Commissioner of Social Security,<br><br>        Defendant. | CIVIL NO. C07-5381RBL<br><br>ORDER FOR EAJA FEES, COSTS AND EXPENSES |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

///

///

///

ORDER FOR EAJA FEES, COSTS AND   EXPENSES
[C07-5381RBL] - 1

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502

(360) 753-8055

1
2
3
4       ORDERED that Plaintiff's attorney Elie Halpern is hereby awarded EAJA fees of
5
6  $3,722.12 and expenses of $42.16 pursuant to 28 U.S.C. §2412 and costs of $7.80 as set out at
7
8  28 U.S.C. §1920.
9
10
11
12
13
14
15
16       DATED this 19th day of February, 2008.
17
18
19                                    *Ronald B. Leighton* (signature)
20
21                                    RONALD B. LEIGHTON
22                                    UNITED STATES DISTRICT JUDGE
23  Presented by:
24
25

S/Elie Halpern
Elie Halpern, WSBA #1519
Attorney for Plaintiff

30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

ORDER FOR EAJA FEES, COSTS AND EXPENSES

[C07-5381RBL] - 2

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502

(360) 753-8055