# United States District Court

WESTERN DISTRICT OF WASHINGTON

PATRICK E. COIE

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5381RBL

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED


That Plaintiff's attorney Elie Halpern is hereby awarded EAJA fees of $3,722.12 and expenses of $42.16 pursuant to 28 U.S.C. §2412 and costs of $7.80 as set out at 28 U.S.C. §1920.



| | |
|---|---|
|   February 20, 2008 |     BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/Caroline M. Gonzalez* |
| | Deputy Clerk |